

**BNY MELLON**

P.O. Box 569
Pittsburgh, PA 15230-0569

OSRAM SYLVANIA PENSION PLAN

**IMPORTANT NOTICE**
RETAIN FOR YOUR RECORDS THIS IS **NOT** A CHECK

NAME AND ADDRESS

GEORGE L CASSELBURY JR.   112722 0506-81-17-5DGS
1399 JAMES ST
TOWANDA, PA 18848-9580

YEAR TO DATE TAX INFO
TOTAL GROSS       6,092.40
TOTAL TAXABLE     6,092.40

## DIRECT DEPOSIT SUMMARY

ACCOUNT NUMBER   OSS11MHN6N3D4P2
SOC SEC NUMBER
GEORGE L CASSELBURY JR.

DATE OF CHECK                 06/01/17
                              1,015.40

| PAYMENTS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| PENSION | 1,015.40 | 6,092.40 | | | |
| TOTAL | 1,015.40 | 6,092.40 | TOTAL | 0.00 | 0.00 |

YOUR PAYMENT HAS BEEN ELECTRONICALLY TRANSMITTED

W/H ELECTIONS:  FED    CALCULATED - M/02
                STATE  NO WITHHOLDING

**NON-NEGOTIABLE**