Chesapeake Operating, LLC
Revenue Distribution Account
P.O. Box 18496
Oklahoma City, OK 73154

12966714

PAGE: 1 of 2

DATE: August 31, 2017
CHECK NUMBER: 12966714
AMOUNT PAID: $205.00

Direct Inquiries To: (877) 245-1427



16445 CKS ZA 17242 - 0012966714 NNNNNNNNNNNN 2425100006504 X899A1 C
GEORGE & JACQUELINE CASSELBURY
1399 JAMES ST
TOWANDA PA 18848

OWNER : 1036514

Gross Value refers to the sales price received by the operator/lessee before deduction of taxes. It may reflect the price received from an affiliated purchaser.
Deduct refers to the deductions identified in the Deduct Code below and are generally limited to taxes or deductions made by the operator/lessee. Deductions made by the purchaser (affiliated or non-affiliated) may or may not be shown.
Volume of gas is the volume (mcf) of gas produced which may or may not be equal to the volume of gas sold depending on fuel use.

| PROD DATE | P C | PRICE | I T | PY GP | LEASE VOLUME | TAX | DEDUCT | NET VALUE | PAYMENT DECIMAL | OWNER VOLUME | GRS VALUE | TAX | DEDUCT | NET VALUE | BTU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **832873-WEISBROD 5H | | | | | STATE: PA | | COUNTY: BRADFORD | | | LEGAL: 606.433809 ACRES; SHESHEQUIN T | | | | | ** |
| 0515 | 2 | 1.38 | 2 | 01 | -17537.27 | .00 | 452.23FL | -24599.96 | .00161423 | -28.31 | -38.98 | .00 | .73 | -39.71 | 1027 |
| 0515 | 2 | .00 | 2 | 01 | .00 | .00 | .00GA | .00 | .00161423 | .00 | .00 | .00 | -16.20 | 16.20 | |
| 0515 | 2 | .00 | 2 | 01 | .00 | .00 | .00TX | .00 | .00161423 | .00 | .00 | .00 | -15.78 | 15.78 | |
| 0515 | 2 | 1.38 | 2 | 01 | 17537.27 | .00 | -458.42FL | 24606.16 | .00161423 | 28.31 | 38.98 | .00 | -.74 | 39.72 | 1027 |
| 0515 | 2 | .00 | 2 | 01 | .00 | .00 | .00GA | .00 | .00161423 | .00 | .00 | .00 | 16.20 | -16.20 | |
| 0515 | 2 | .00 | 2 | 01 | .00 | .00 | .00TX | .00 | .00161423 | .00 | .00 | .00 | 15.78 | -15.78 | |
| 0617 | 2 | 2.64 | 2 | 01 | 16954.64 | .00 | -910.65FL | 45637.86 | .00161423 | 27.37 | 72.20 | .00 | -1.47 | 73.67 | 1027 |
| 0617 | 2 | .00 | 2 | 01 | .00 | .00 | .00GA | .00 | .00161423 | .00 | .00 | .00 | 15.97 | -15.97 | |
| 0617 | 2 | .00 | 2 | 01 | .00 | .00 | .00TX | .00 | .00161423 | .00 | .00 | .00 | 5.99 | -5.99 | |
| | | | | | | | | | Lease Total | | 72.20 | .00 | 20.48 | 51.72 | |
| **832901-FOSTER 2H | | | | | STATE: PA | | COUNTY: BRADFORD | | | LEGAL: 359.59199 ACRES; SHESHEQUIN TO | | | | | ** |
| 0515 | 2 | 1.38 | 2 | 01 | -9423.68 | .00 | 4.30FL | -12990.75 | .00465562 | -43.87 | -60.46 | .00 | .02 | -60.48 | 1028 |
| 0515 | 2 | .00 | 2 | 01 | .00 | .00 | .00GA | .00 | .00465562 | .00 | .00 | .00 | -24.67 | 24.67 | |
| 0515 | 2 | .00 | 2 | 01 | .00 | .00 | .00TX | .00 | .00465562 | .00 | .00 | .00 | -24.02 | 24.02 | |
| 0515 | 2 | 1.38 | 2 | 01 | 9423.68 | .00 | -6.44FL | 12992.90 | .00465562 | 43.87 | 60.46 | .00 | -.03 | 60.49 | 1028 |
| 0515 | 2 | .00 | 2 | 01 | .00 | .00 | .00GA | .00 | .00465562 | .00 | .00 | .00 | 24.67 | -24.67 | |

| INTEREST TYPES (IT) | PRODUCT CODES (PC) | DEDUCT CODES | | | |
|---|---|---|---|---|---|
| 1 - WORKING | 1 - OIL (BBL) | BW - BACKUP WITHHOLDING | CP - COMPRESSION | FL - FUEL | |
| 2 - ROYALTY | 2 - GAS (MCF) | GA - GATHERING | IT - INTEREST | MK - MARKETING | |
| 3 - OVERRIDE | 3 - PLANT LIQ | MS - MISCELLANEOUS | NE - NETTING EXPENSE | PC - PROCESSING | |
| 4 - PROD PMT | 4 - NGL (GAL) | PD - OTH PIPELINE DEDUCT | RJ - ROY ADJUSTMENT | SW - STATE WITHHOLDING | |
| 5 - REGULATORY | 5 - CONDENSATE | TG - TREATING | TX - TRANSPORTATION | | |
| 6 - PRS | 6 - CO2 | | | | |
| 7 - EXCESS ROYALTY | 7 - MISC | | | | |
| 8 - BLANCHARD | | | | | |

Retain this statement for tax purposes. No duplicates furnished. State taxes have been deducted and paid where required. When writing, refer to lease number and owner number.

PLEASE DETACH BEFORE DEPOSITING CHECK