

## Interest Owner Statement

| WELL PROD MNTH | WC PROD CODE | WELL DESCRIPTION / LEASE GROSS VOLUME | UNIT PRICE | LEASE GROSS VALUE | LEASE GROSS TAXES | PROPERTY / LEASE GROSS DEDUCT | DOI / LEASE NET VALUE | STATE / DISB DECIMAL | COUNTY / OWNER GROSS VOLUME | API / OWNER GROSS VALUE | OWNER TAXES | INT TYPE / OWNER DEDUCT | INT SEQ / DED CD | DOI/UNIT DECIMAL / OWNER NET VALUE | BTU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 565 06/2017 | 01 203 | Foster 2H 5,720.00 | 2.66 | 15,194.93 | 0.00 | 111871 0.00 | 00001 15,194.93 | PA 0.00480775 | BRADFORD 27.50 | 370152144300 73.05 | 0.00 | RI 0.00 | 01 | 0.00085757 73.05 | 1028 |
| | | | | | | | WELL TOTAL | | 27.50 | 73.05 | 0.00 | 0.00 | | 73.05 | |
| 681 06/2017 | 01 203 | WEISBROD 4H 7,365.00 | 2.66 | 19,567.35 | 0.00 | 111357 0.00 | 00001 19,567.35 | PA 0.00166046 | BRADFORD 12.23 | 370152151100 32.49 | 0.00 | RI 0.00 | 01 | 0.00029376 32.49 | 1028 |
| | | | | | | | WELL TOTAL | | 12.23 | 32.49 | 0.00 | 0.00 | | 32.49 | |
| 682 06/2017 | 01 203 | WEISBROD 5H 8,135.00 | 2.65 | 21,593.34 | 0.00 | 111358 5,322.51 | 00003 16,270.83 | PA 0.00165215 | BRADFORD 13.44 | 370152140300 35.68 | 0.00 | RI | 01 CM GA | 0.00029216 26.89 | 1027 |
| | | | | | | | | | | | | 0.65 8.14 | | | |
| | | | | | | | WELL TOTAL | | 13.44 | 35.68 | 0.00 | 8.79 | | 26.89 | |
| | | | | | | | OWNER TOTAL | | 53.17 | 141.22 | 0.00 | 8.79 | | 132.43 | |

Retain this statement for tax purposes. No duplicates furnished. Owner Taxes refers to Severance Taxes only. State taxes have been deducted and paid where required. In correspondence, please refer to well number and owner number.

**PRODUCT CODES**
1XX - OIL (BBL)
2XX - GAS (MCF)
3XX - CONDENSATE (BBL)
4XX - PLANT PRODUCTS (GALS)

**INTEREST TYPES**
RI - ROYALTY
OR - OVERRIDING ROYALTY
WI - WORKING INTEREST

**DEDUCT CODES**
CM - Compression
DH - Dehydration
FF - Facility Fee
FL - Fuel

IN - Interest
MS - Miscellaneous
PR - Processing
QA - Quality Differential
RC - Replacement Check

SF - Service Fee
ST - State Withholding
TR - Transportation
TX - Taxes Other
WH - Federal Withholdings