**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: George L. Casselbury
      Jacqueline L. Casselbury

**BK NO. 17-04641 RNO**

**Chapter 13**

      **Debtor(s)**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

      Respectfully submitted,

      **/s/James C. Warmbrodt, Esquire**
      James C. Warmbrodt, Esquire
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      412-430-3594