```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 17-04641-RNO
George L. Casselbury                                                 Chapter 13
Jacqueline L. Casselbury
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson            Page 1 of 2           Date Rcvd: Dec 13, 2017
                              Form ID: ntnew341        Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db/jdb         +George L. Casselbury,    Jacqueline L. Casselbury,    1399 James Street,    Towanda, PA 18848-9580
4990092       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    PO Box 15019,    Wilmington, DE 19886)
4990093        +Bureau of Individual Taxes,    PO Box 280432,    Harrisburg, PA 17128-0432
4990095       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One,    PO Box 85015,    Richmond, VA 23285)
4990096        +Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
4990098        +Elmira Savings Bank,    333 E. Water Street,    Elmira, NY 14901-3414
4990100        +First National Bank of Omaha,    1620 Dodge Street,    Omaha, NE 68197-0002
4990101        +Kubota Credit Corp,    P.O. Box 2046,    Grapevine, TX 76099-2046
4990104        +MRS,   1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
4990105        +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
4990108        +United Collection Bureau,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
4990109        +Visions Federal Credit Union,    24 McKinley Ave,    Endicott, NY 13760-5491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4990094        +E-mail/Text: bankruptcy@cavps.com Dec 13 2017 18:58:09      Calvary Portfolio Services,
                 PO Box 27288,    Tempe, AZ 85285-7288
4990099         E-mail/Text: data_processing@fin-rec.com Dec 13 2017 18:57:51
                 Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
4990102        +E-mail/Text: ebn@ltdfin.com Dec 13 2017 18:57:51      LTD Financial,    7322 Southwest Fwy,
                 Suite 1600,    Houston, TX 77074-2134
4990103        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2017 19:00:15      LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
4990286        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2017 19:21:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4991550        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2017 18:57:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
4990106        +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:25      QVC/Synchrony Bank,
                 170 Election Rd,    Suite 125,    Draper, UT 84020-6425
4990107         E-mail/Text: jennifer.chacon@spservicing.com Dec 13 2017 18:58:23       SP Servicing,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
4990115         E-mail/Text: WFB.Bankruptcy@cabelas.com Dec 13 2017 18:58:21      World's Foremost Bank,
                 4800 NW 1'st Street,    Suite 300,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4990097        Department of Revenue
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4990110*      +Visions Federal Credit Union,    24 McKinley Ave,    Endicott, NY 13760-5491
4990111*      +Visions Federal Credit Union,    24 McKinley Ave,    Endicott, NY 13760-5491
4990112*      +Visions Federal Credit Union,    24 McKinley Ave,    Endicott, NY 13760-5491
4990113*      +Visions Federal Credit Union,    24 McKinley Ave,    Endicott, NY 13760-5491
4990114*      +Visions Federal Credit Union,    24 McKinley Ave,    Endicott, NY 13760-5491
                                                                                   TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                    Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association Et. Al.,
           bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          John E Thompson    on behalf of Debtor 2 Jacqueline L. Casselbury thompsonlawoffice@stny.rr.com,
           thompsonlawoffice@stny.rr.com
          John E Thompson    on behalf of Debtor 1 George L. Casselbury thompsonlawoffice@stny.rr.com,
           thompsonlawoffice@stny.rr.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 6
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

George L. Casselbury
Jacqueline L. Casselbury

Debtor(s)

Chapter 13

Case No. 5:17−bk−04641−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: February 5, 2018 Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: TWilson, Deputy Clerk

Date: December 13, 2017