```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                              Case No. 17-04641-RNO
George L. Casselbury                                                Chapter 13
Jacqueline L. Casselbury
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson              Page 1 of 2         Date Rcvd: Mar 22, 2018
                              Form ID: ntcnfhrg          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db/jdb       +George L. Casselbury,   Jacqueline L. Casselbury,   1399 James Street,   Towanda, PA 18848-9580
4990092     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886)
5004765      Bank Of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
4990093      Bureau of Individual Taxes,   PO Box 280432,   Harrisburg, PA 17128-0432
4990095     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   PO Box 85015,   Richmond, VA 23285)
5027946      CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
4990096     +Chase Bank,   PO Box 24696,   Columbus, OH 43224-0696
4990098     +Elmira Savings Bank,   333 E. Water Street,   Elmira, NY 14901-3414
4990100     +First National Bank of Omaha,   1620 Dodge Street,   Omaha, NE 68197-0002
4990101     +Kubota Credit Corp,   P.O. Box 2046,   Grapevine, TX 76099-2046
5002379     +Kubota Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
4990104     +MRS,   1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
4990105     +Northland Group, Inc.,   PO Box 390846,   Minneapolis, MN 55439-0846
4990108     +United Collection Bureau,   5620 Southwyck Blvd,   Suite 206,   Toledo, OH 43614-1501
4990109     +Visions Federal Credit Union,   24 McKinley Ave,   Endicott, NY 13760-5491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4990094     +E-mail/Text: bankruptcy@cavps.com Mar 22 2018 18:59:09      Calvary Portfolio Services,
              PO Box 27288,   Tempe, AZ 85285-7288
5018541     +E-mail/Text: bankruptcy@cavps.com Mar 22 2018 18:59:08      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
4990099      E-mail/Text: data_processing@fin-rec.com Mar 22 2018 18:58:48
              Financial Recovery Services, Inc.,   PO Box 385908,   Minneapolis, MN 55438-5908
4990102     +E-mail/Text: ebn@ltdfin.com Mar 22 2018 18:58:48      LTD Financial,   7322 Southwest Fwy,
              Suite 1600,   Houston, TX 77074-2134
4990103     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 22 2018 19:02:38      LVNV Funding LLC,
              PO Box 10497,   Greenville, SC 29603-0497
5034289      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 22 2018 19:02:54
              LVNV Funding, LLC its successors and assigns as,   assignee of Synchrony Bank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5018583      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 19:02:16
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4990286     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 19:02:48
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4991550     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2018 18:58:56
              Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
4990106     +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2018 19:02:34      QVC/Synchrony Bank,
              170 Election Rd,   Suite 125,   Draper, UT 84020-6425
5032473      E-mail/Text: bnc-quantum@quantum3group.com Mar 22 2018 18:58:51
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
4990107      E-mail/Text: jennifer.chacon@spservicing.com Mar 22 2018 18:59:25      SP Servicing,
              PO Box 65250,   Salt Lake City, UT 84165-0250
5035690      E-mail/Text: jennifer.chacon@spservicing.com Mar 22 2018 18:59:25
              U.S. Bank National Association, et al,   c/o Select Portfolio Servicing, Inc.,
              P.O. Box 65250,   Salt Lake City, UT 84165-0250
4990115      E-mail/Text: WFB.Bankruptcy@cabelas.com Mar 22 2018 18:59:23      World's Foremost Bank,
              4800 NW 1'st Street,   Suite 300,   Lincoln, NE 68521-4463
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4990097         Department of Revenue
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4990110*       +Visions Federal Credit Union,   24 McKinley Ave,   Endicott, NY 13760-5491
4990111*       +Visions Federal Credit Union,   24 McKinley Ave,   Endicott, NY 13760-5491
4990112*       +Visions Federal Credit Union,   24 McKinley Ave,   Endicott, NY 13760-5491
4990113*       +Visions Federal Credit Union,   24 McKinley Ave,   Endicott, NY 13760-5491
4990114*       +Visions Federal Credit Union,   24 McKinley Ave,   Endicott, NY 13760-5491
                                                                                   TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association Et. Al.,
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John E Thompson    on behalf of Debtor 2 Jacqueline L. Casselbury thompsonlawoffice@stny.rr.com,
               thompsonlawoffice@stny.rr.com
              John E Thompson    on behalf of Debtor 1 George L. Casselbury thompsonlawoffice@stny.rr.com,
               thompsonlawoffice@stny.rr.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 6
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| George L. Casselbury<br>aka George L Casselbury<br>Jacqueline L. Casselbury<br><br>Debtor(s) | Chapter 13<br><br>Case No. 5:17−bk−04641−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **April 25, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 2, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 22, 2018 |