```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                     Case No. 17-04641-RNO
George L. Casselbury                                                       Chapter 13
Jacqueline L. Casselbury
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: TWilson               Page 1 of 2                  Date Rcvd: Mar 22, 2018
                             Form ID: pdf002             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db/jdb         +George L. Casselbury,    Jacqueline L. Casselbury,    1399 James Street,    Towanda, PA 18848-9580
4990092       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886)
5004765        Bank Of America, N.A.,     PO BOX 31785,    Tampa, FL 33631-3785
4990093        Bureau of Individual Taxes,     PO Box 280432,    Harrisburg, PA 17128-0432
4990095       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     PO Box 85015,    Richmond, VA 23285)
5027946        CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
4990096        +Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
4990098        +Elmira Savings Bank,     333 E. Water Street,    Elmira, NY 14901-3414
4990100        +First National Bank of Omaha,     1620 Dodge Street,    Omaha, NE 68197-0002
4990101        +Kubota Credit Corp,     P.O. Box 2046,    Grapevine, TX 76099-2046
5002379        +Kubota Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
4990104        +MRS,   1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
4990105        +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
4990108        +United Collection Bureau,     5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
4990109        +Visions Federal Credit Union,     24 McKinley Ave,    Endicott, NY 13760-5491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4990094        +E-mail/Text: bankruptcy@cavps.com Mar 22 2018 18:59:07      Calvary Portfolio Services,
                 PO Box 27288,    Tempe, AZ 85285-7288
5018541        +E-mail/Text: bankruptcy@cavps.com Mar 22 2018 18:59:07      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4990099         E-mail/Text: data_processing@fin-rec.com Mar 22 2018 18:58:48
                 Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
4990102        +E-mail/Text: ebn@ltdfin.com Mar 22 2018 18:58:48      LTD Financial,    7322 Southwest Fwy,
                 Suite 1600,    Houston, TX 77074-2134
4990103        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 22 2018 19:02:55      LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
5034289         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 22 2018 19:09:06
                 LVNV Funding, LLC its successors and assigns as,    assignee of Synchrony Bank,
                 Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
5018583         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 19:02:13
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4990286        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 19:02:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4991550        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2018 18:58:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
4990106        +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2018 19:02:45      QVC/Synchrony Bank,
                 170 Election Rd,    Suite 125,    Draper, UT 84020-6425
5032473         E-mail/Text: bnc-quantum@quantum3group.com Mar 22 2018 18:58:50
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
4990107         E-mail/Text: jennifer.chacon@spservicing.com Mar 22 2018 18:59:25      SP Servicing,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
5035690         E-mail/Text: jennifer.chacon@spservicing.com Mar 22 2018 18:59:25
                 U.S. Bank National Association, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
4990115         E-mail/Text: WFB.Bankruptcy@cabelas.com Mar 22 2018 18:59:23      World's Foremost Bank,
                 4800 NW 1'st Street,    Suite 300,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4990097         Department of Revenue
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4990110*       +Visions Federal Credit Union,     24 McKinley Ave,    Endicott, NY 13760-5491
4990111*       +Visions Federal Credit Union,     24 McKinley Ave,    Endicott, NY 13760-5491
4990112*       +Visions Federal Credit Union,     24 McKinley Ave,    Endicott, NY 13760-5491
4990113*       +Visions Federal Credit Union,     24 McKinley Ave,    Endicott, NY 13760-5491
4990114*       +Visions Federal Credit Union,     24 McKinley Ave,    Endicott, NY 13760-5491
                                                                                           TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association Et. Al.,
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          John E Thompson    on behalf of Debtor 2 Jacqueline L. Casselbury thompsonlawoffice@stny.rr.com,
           thompsonlawoffice@stny.rr.com
          John E Thompson    on behalf of Debtor 1 George L. Casselbury thompsonlawoffice@stny.rr.com,
           thompsonlawoffice@stny.rr.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

| | | | |
|---|---|---|---|
| In re | **George L. Casselbury**<br>**Jacqueline L. Casselbury** | Case No. | **5:17-bk-04641** |
| | Debtor(s) | Chapter | **13** |

# CHAPTER 13 PLAN

1. <u>Payments to the Trustee</u>: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$1,600.00** per month for **60** months.

   Total of plan payments: **$96,000.00**

2. <u>Plan Length</u>: This plan is estimated to be for **60** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses
   (1) Trustee's Fee:    **10.00**%
   (2) Attorney's Fee (unpaid portion):    **NONE**
   (3) Filing Fee (unpaid portion):    **NONE**

   b. Priority Claims under 11 U.S.C. § 507

   (1) Domestic Support Obligations

   (a) Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

   (b) The name(s) and address(es) of the holder of any domestic support obligation are as follows. See 11 U.S.C. §§ 101(14A) and 1302(b)(6).

   **-NONE-**

   (c) Anticipated Domestic Support Obligation Arrearage Claims. Unless otherwise specified in this Plan, priority claims under 11 U.S.C. § 507(a)(1) will be paid in full pursuant to 11 U.S.C. § 1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

   | Creditor (Name and Address) | Estimated arrearage claim | Projected monthly arrearage payment |
   |---|---|---|
   | **-NONE-** | | |

   (d) Pursuant to §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit.

   Claimant and proposed treatment:    **-NONE-**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 5:17-bk-04641-RNO    Doc 15    Filed 11/22/17    Entered 11/22/17 12:17:05    Desc
Main Document    Page 1 of 3
Case 5:17-bk-04641-RNO    Doc 28    Filed 03/24/18    Entered 03/25/18 00:42:51    Desc
Imaged Certificate of Notice    Page 3 of 5

(2) Other Priority Claims.

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| **Bureau of Individual Taxes** | 2,630.61 | 0.00% |
| **Department of Revenue** | 1,025.03 | 0.00% |

c. Secured Claims

(1) Pre-Confirmation Adequate Protection Payments. Pre-confirmation adequate protection payments to the following Creditors holding allowed claims secured by a purchase money security interest in personal property shall be paid by the Trustee through the plan as provided below. Adequate protection payments shall not accrue or be paid until the Creditor files a proof of claim. The principal amount of the Creditor's claim shall be reduced by the amount of the adequate protection payments remitted.

| Name | Description of Collateral | Pre-Confirmation Monthly Payment |
|---|---|---|
| -NONE- | | |

(2) Secured Debts Which Will Not Extend Beyond the Length of the Plan

(a) Secured Claims Subject to Valuation Under § 506. The Debtor moves the Court to value collateral as follows according to 11 U.S.C. § 506(a). Each of the following secured claims, if allowed, shall be paid through the plan in equal monthly payments set forth below, until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the allowed claim shall be treated as a general unsecured claim. Any claim with a secured value of $0 shall be treated as a general unsecured claim.

| Name | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **Bank of America** | 6,500.00 | 122.64 | 0.00% |
| **Visions Federal Credit Union** | 17,040.00 | 321.51 | 0.00% |
| **Visions Federal Credit Union** | 15,000.00 | 283.02 | 0.00% |
| **Visions Federal Credit Union** | 23,860.00 | 450.19 | 0.00% |
| **Visions Federal Credit Union** | 13,000.00 | 245.28 | 0.00% |

(b) Secured Claims Not Subject to Valuation Under § 506. Each of the following claims, if allowed, shall be paid through the plan in equal monthly payments set forth below, until the amount of the claim as set forth in the Creditor's proof of claim has been paid in full.

| Name | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **-NONE-** | | | |

(3) Secured Debts Which Will Extend Beyond the Length of the Plan

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **-NONE-** | | | |

d. Unsecured Claims

(1) Special Nonpriority Unsecured: Debts which are co-signed or are non-dischargeable shall be paid in full (100%).

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| **-NONE-** | | |

(2) General Nonpriority Unsecured: Other unsecured debts shall be paid **5** cents on the dollar and paid pro rata, with no interest if the creditor has no Co-obligors, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Creditor | Amount of Default to be Cured | Interest Rate (If specified) |
|---|---|---|
| **-NONE-** | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                              Best Case Bankruptcy

Case 5:17-bk-04641-RNO    Doc 15    Filed 11/22/17    Entered 11/22/17 12:17:05    Desc
Main Document      Page 2 of 3
Case 5:17-bk-04641-RNO    Doc 28    Filed 03/24/18    Entered 03/25/18 00:42:51    Desc
Imaged Certificate of Notice    Page 4 of 5

6.  The Debtor shall make regular payments directly to the following creditors:

    | Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
    |---|---|---|---|
    | **Bank of America** | **6,500.00** | **414.00** | **0.00%** |
    | **Kubota Credit Corp** | **11,334.00** | **460.00** | **0.00%** |
    | **SP Servicing** | **105,554.58** | **1,200.00** | **0.00%** |

7.  The employer on whom the Court will be requested to order payment withheld from earnings is:
    **NONE. Payments to be made directly by debtor without wage deduction.**

8.  The following executory contracts of the debtor are rejected:

    | Other Party | Description of Contract or Lease |
    |---|---|
    | **-NONE-** | |

9.  Property to Be Surrendered to Secured Creditor

    | Name | Amount of Claim | Description of Property |
    |---|---|---|
    | **-NONE-** | | |

10. The following liens shall be avoided pursuant to 11 U.S.C. § 522(f), or other applicable sections of the Bankruptcy Code:

    | Name | Amount of Claim | Description of Property |
    |---|---|---|
    | **-NONE-** | | |

11. Title to the Debtor's property shall revest in debtor **on confirmation of a plan.**

12. As used herein, the term "Debtor" shall include both debtors in a joint case.

13. Other Provisions:

Date **November 22, 2017**     Signature **/s/ George L. Casselbury**
                                         **George L. Casselbury**
                                         Debtor

Date **November 22, 2017**     Signature **/s/ Jacqueline L. Casselbury**
                                         **Jacqueline L. Casselbury**
                                         Joint Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 5:17-bk-04641-RNO    Doc 15    Filed 11/22/17    Entered 11/22/17 12:17:05    Desc
                         Main Document      Page 3 of 3
Case 5:17-bk-04641-RNO    Doc 28    Filed 03/24/18    Entered 03/25/18 00:42:51    Desc
                    Imaged Certificate of Notice    Page 5 of 5