UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  GEORGE L. CASSELBURY and : CHAPTER 13
JACQUELINE L. CASSELBURY :
Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
Movant :
:
vs. :
:
GEORGE L. CASSELBURY and :
JACQUELINE L. CASSELBURY :
Respondent(s) : CASE NO.  5-17-bk-04641


<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

AND NOW, this   19th   day of March, 2018, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property
to be distributed under the plan on account of each allowed unsecured claim is less than the amount
that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically,
debtor's have excess non-exempt equity in the following:

a.  Residential real estate
b.  Trust/Lease/Deed

2.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due
to the lack of the following:

a.  2017 Federal Income Tax return.

3.  The Trustee provides notice to the Court as to the ineffectiveness of debtor(s)
Chapter 13 Plan for the following reasons:

a.  Failure to use the Model Plan as adopted by the Court.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 28th day of March, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Thompson, Esquire
304 North Keystone Avenue
Sayre, PA 18840

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee