# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: George L. Casselbury, Jr.
Jacqueline L. Casselbury
Debtor(s)

Case No. 5:17-bk-04641
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **April 25, 2018**, a copy of **Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Bank of America
Calvary Portfolio Services
Capital One Bank
Department of Revenue
Kubota Credit Corp
LVNV Funding LLC
Portfolio Recovery Associates, LLC
Quantum3 Group LLC

Visions Federal Credit Union
U.S. Bank National Association, et al

/s/ John E. Thompson, Esquire   I.D.
John E. Thompson, Esquire   I.D. #73811
Thompson Law Office
304 North Keystone Avenue
Sayre, PA 18840
(570)-886-8171 Fax:(570)-888-4436
thompsonlawoffice@stny.rr.com

