# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **George L. Casselbury, Jr.**
**Jacqueline L. Casselbury**

Case No. <u>5:17-bk-04641</u>
Chapter <u>13</u>

## CERTIFICATE OF SERVICE

I hereby certify that on **April 25, 2018**, a copy of **Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Bank of America**
PO Box 31785
Tampa, FL 33631-3785

**Calvary Portfolio Services**
500 Summit Lake Drive,
Ste 400
Valhalla, NY 10595

**Capital One Bank**
PO Box 82609
Lincoln, NE 68501-2609

**Department of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128

**Kubota Credit Corp**
P.O. Box 9013
Addison, TX 75001

**LVNV Funding LLC**
PO Box 10587
Greenville, SC 29603-0587

**Portfolio Recovery Associates, LLC**
PO Box 12914
Norfolk, VA 23541

**Quantum3 Group LLC**
PO Box 788
Kirkland, WA 98083-0788

**Visions Federal Credit Union**
24 McKinley Ave
Endicott, NY 13760

**U.S. Bank National Association, et al**
PO Box 65250
Salt Lake City, UT 84165-0250

/s/ John E. Thompson, Esquire
John E. Thompson, Esquire I.D. #73811
Thompson Law Office
304 North Keystone Avenue
Sayre, PA 18840
(570) 886-8171  Fax: (570) 888-4436
ThompsonLawOffice@STNY.RR.com