# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: George L. Casselbury, Jr.
Jacqueline L. Casselbury
Debtor(s)

Case No. 5:17-bk-04641
Chapter 13

## DEBTOR(S) AFFIDAVIT OF DISBURSEMENT OF TRUSTEE FUNDS UPON DISMISSAL AND/OR CONVERSION OF CASE PRIOR TO CONFIRMATION

If my (our) case is dismissed and/or converted to a Chapter 7 prior to confirmation of my (our) Chapter 13 Plan, I (we), George L. Casselbury, Jr. and Jacqueline L. Casselbury, the debtor(s) in the above-captioned case, hereby assign to my (our) attorney, John E. Thompson, Esquire I.D. #73811, the available funds held in trust by the Standing Chapter 13 Trustee, Charles J. DeHart, III, pursuant to the Chapter 13 Plan sufficient to pay the outstanding balance of attorney fees and hereby authorize the said Trustee to pay said funds to John E. Thompson, Esquire I.D. #73811. The balance, if any, will be paid to the debtor(s).

June 12, 2018
Date

/s/ George L. Casselbury, Jr.
George L. Casselbury, Jr.
Debtor

/s/ Jacqueline L. Casselbury
Jacqueline L. Casselbury
Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy