```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04641-RNO
George L. Casselbury                                                Chapter 13
Jacqueline L. Casselbury
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: TWilson          Page 1 of 1           Date Rcvd: Jun 13, 2018
                               Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
db/jdb         +George L. Casselbury,   Jacqueline L. Casselbury,   1399 James Street,   Towanda, PA 18848-9580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association Et. Al.,
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John E Thompson    on behalf of Debtor 2 Jacqueline L. Casselbury thompsonlawoffice@stny.rr.com,
               thompsonlawoffice@stny.rr.com
              John E Thompson    on behalf of Debtor 1 George L. Casselbury thompsonlawoffice@stny.rr.com,
               thompsonlawoffice@stny.rr.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| GEORGE L. CASSELBURY | | |
|---|---|---|
| Debtor 1 | Chapter: | 13 |
| | Case No.: | 5-17-bk-04641 RNO |
| JACQUELINE L. CASSELBURY | | |
| Debtor 2 | Document No.: | 30 |
| | Nature of Proceeding: | First Amended Chapter 13 Plan |

## ORDER DENYING CONFIRMATION

Upon review of Debtors' First Amended Chapter 13 Plan, filed to Docket No. 30, and after hearing held on June 13, 2018, it is

ORDERED that confirmation of Debtors' First Amended Chapter 13 Plan is DENIED for failure to file said plan using Local Bankruptcy Form 3015-1; and,

FURTHER ORDERED that Debtors are allowed thirty (30) days within which to file an amended plan utilizing the model Chapter 13 plan, Local Bankruptcy Form 3015-1.

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

June 13, 2018

Order – Blank without Parties - Revised 04/18