UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GEORGE L. CASSELBURY and<br>JACQUELINE L. CASSELBURY<br>     Debtor(s) | : CHAPTER 13<br>:<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>     Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| GEORGE L. CASSELBURY and<br>JACQUELINE L. CASSELBURY<br>     Respondent(s) | :<br>:<br>: CASE NO.  5-17-bk-04641 |

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this  21st  day of August, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. Proof of Claim for Bureau of Individual Taxes.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court. Descriptions of collateral in plan are not the same as the collateral described in the claims filed by Visions FCU.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/Agatha R. McHale
             Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 21st day of August, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Thompson, Esquire
304 North Keystone Avenue
Sayre, PA   18840

                                              /s/Deborah A. Behney
                                              Office of Charles J. DeHart, III
                                              Standing Chapter 13 Trustee