```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04641-RNO
George L. Casselbury                                                Chapter 13
Jacqueline L. Casselbury
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: TWilson            Page 1 of 1           Date Rcvd: Aug 30, 2018
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.
db/jdb        +George L. Casselbury,   Jacqueline L. Casselbury,   1399 James Street,   Towanda, PA 18848-9580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association Et. Al.,
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John E Thompson    on behalf of Debtor 2 Jacqueline L. Casselbury thompsonlawoffice@stny.rr.com,
               thompsonlawoffice@stny.rr.com
              John E Thompson    on behalf of Debtor 1 George L. Casselbury thompsonlawoffice@stny.rr.com,
               thompsonlawoffice@stny.rr.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| GEORGE L. CASSELBURY | : | Case No. 5-17-bk-04641 RNO |
| JACQUELINE L. CASSELBURY | : | |
| | : | Docket No. 45 |
| Debtor(s) | : | Third Amended Chapter 13 Plan |

## ORDER DENYING CONFIRMATION

Upon review of Debtors' Third Amended Chapter 13 Plan filed to Docket No. 45, and the Text Order filed to Docket No. 50, requiring that a Certificate of Service be filed on or before August 24, 2018, evidencing service of the Third Amended Chapter 13 Plan upon all creditors and parties in interest, Debtors having failed to file said Certificate of Service, it is

ORDERED that confirmation of Debtors' Third Amended Chapter 13 Plan is DENIED without prejudice to a Fourth Amended Chapter 13 Plan being filed in accordance with Local Bankruptcy Rule 3015-2(c), with a Notice and Certificate of Service evidencing service of the Amended Plan and Notice upon all creditors and parties in interest.

By the Court,

_/s/ Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

August 29, 2018