# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:   George L. Casselbury, Jr.  
        Jacqueline L. Casselbury

Case No.   **5:17-bk-04641**  
Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 11, 2018**, a copy of the **4'th Amended Chapter 13 Plan with Notice of Objection Date and Confirmation Hearing Date** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Bank of America**  
PO Box 31785  
Tampa, FL 33631-3785

**Calvary Portfolio Services**  
500 Summit Lake Drive,  
Ste 400  
Valhalla, NY 10595

**Capital One Bank**  
PO Box 82609  
Lincoln. NE 68501-2609

**Department of Revenue**  
Bankruptcy Division  
PO Box 280946  
Harrisburg, PA 17128

**Kubota Credit Corp**  
P.O. Box 9013  
Addison, TX 75001

**LVNV Funding LLC**  
PO Box 10587  
Greenville, SC 29603-0587

**Portfolio Recovery Associates, LLC**  
PO Box 12914  
Norfolk, VA 23541

**Quantum3 Group LLC**  
PO Box 788  
Kirkland, WA 98083-0788

**Visions Federal Credit Union**  
24 McKinley Ave  
Endicott, NY 13760

**U.S. Bank National Association, et al**  
PO Box 65250  
Salt Lake City, UT 84165-0250

/s/ John E. Thompson, Esquire  
John E. Thompson, Esquire I.D. #73811  
Thompson Law Office  
304 North Keystone Avenue  
Sayre, PA 18840  
(570) 886-8171   Fax: (570) 888-4436  
ThompsonLawOffice@STNY.RR.com