UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GEORGE L. CASSELBURY and<br>JACQUELINE L. CASSELBURY<br>Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| GEORGE L. CASSELBURY and<br>JACQUELINE L. CASSELBURY<br>Respondent(s) | : | CASE NO. 5-17-bk-04641 |

<u>TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN</u>

AND NOW, this  22nd  day of October, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. Proof of Claims for 2013 Ford F250 and 2012 Grizzly Tracker.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:     /s/Agatha R. McHale
               Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 22nd day of October, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Thompson, Esquire
304 North Keystone Avenue
Sayre, PA   18840

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee