```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04641-RNO
George L. Casselbury                                                Chapter 13
Jacqueline L. Casselbury
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5           User: TWilson              Page 1 of 1              Date Rcvd: May 08, 2019
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
db/jdb      +George L. Casselbury,    Jacqueline L. Casselbury,    1399 James Street,    Towanda, PA 18848-9580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association Et. Al.,
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John E Thompson     on behalf of Debtor 2 Jacqueline L. Casselbury thompsonlawoffice@stny.rr.com,
               thompsonlawoffice@stny.rr.com
              John E Thompson     on behalf of Debtor 1 George L. Casselbury thompsonlawoffice@stny.rr.com,
               thompsonlawoffice@stny.rr.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George L. Casselbury<br>Jacqueline L. Casselbury<br>          Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>          Movant<br>vs.<br>George L. Casselbury<br>Jacqueline L. Casselbury<br>          Debtor(s)<br>Charles J. DeHart, III Esq.<br>          Trustee | NO. 17-04641 RNO<br><br>11 U.S.C. Section 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the U 2010 Dutchmen CT250 CO ("Vehicle"), bearing a VIN Number 47CTCLM22AM438299.

Dated: May 8, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)