# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: George L. Casselbury, Jr.
Jacqueline L. Casselbury
Debtor(s)

Case No. 5:17-bk-04641
Chapter 13

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. § 522(q)

*If a joint petition is filed, each spouse must complete and file a separate certification.*

**Part I. Certification Regarding Domestic Support Obligations** (check no more than one)

Pursuant to 11 U.S.C. § 1328(a), I certify that:

[☑] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required by me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II. If you check the second box, you must provide the information below.**

My current address is: 1399 James Street, Towanda, PA 18848

My current employer and my employer's address: ,

**Part III. Certification Regarding Section 11 U.S.C § 522(q)** (check no more than one)

Pursuant to 11 U.S.C. § 1328(h), I certify that:

[☑] I have not claimed an exemption pursuant to 11 U.S.C. § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. § 522(p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. § 522(q)(1), as amended.

[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. § 522(p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. § 522(q)(1), as amended.

**Part IV. Debtor's Signature**

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

DATED: March 27, 2023            BY: /s/ George L. Casselbury, Jr.
                                      George L. Casselbury, Jr.
                                      Debtor