Certificate Number: 03088-PAM-DE-037297241

Bankruptcy Case Number: 23-04641


03088-PAM-DE-037297241

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 27, 2023</u>, at <u>5:43</u> o'clock <u>PM CDT</u>, <u>Jacqueline L Casselbury</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 27, 2023</u>   By: <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>