Certificate Number: 03088-PAM-DE-037297833

Bankruptcy Case Number: 17-04641


03088-PAM-DE-037297833

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2023, at 5:43 o'clock PM CDT, Jacqueline L Casselbury completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 27, 2023

By: /s/Dennis Nichols for Doug Tonne

Name: Doug Tonne

Title: Counselor