|  | **Fill in this information to identify your case:** |
|---|---|
| Debtor 1 | **George L. Casselbury, Jr.** <br> First Name     Middle Name     Last Name |
| Debtor 2 <br> (Spouse if, filing) | **Jacqueline L. Casselbury** <br> First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number <br> (if known) | **5:17-bk-04641** |

Official Form 423
**Certification About a Financial Management Course**      12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

**Part 1: Tell the Court About the Required Course.**

*You must check one:*

■ **I completed an approved course in personal financial management:**

     Date I took the course     **03/27/2023**

     Name of approved provider     **Debt Education and Certification Foundation**

     Certificate Number     **03088-PAM-DE-037297239**

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

     ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

     ☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

     ☐ **Active duty.** I am currently on active military duty in a military combat zone.

     ☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

**Part 2: Sign Here**

I certify that the information I have provided is true and correct.

**/s/ George L. Casselbury, Jr.**      **George L. Casselbury, Jr.**     Date    **March 27, 2023**
Signature of debtor named on certificate     Printed name of debtor

Certificate Number: 01267-PAM-CC-030041415



01267-PAM-CC-030041415

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 18, 2017, at 8:52 o'clock AM MST, George L Casselbury received from Money Management International, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: October 18, 2017    By: /s/Anastacia Jacobs

Name: Anastacia Jacobs

Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 03088-PAM-DE-037297239

|||||||||

Bankruptcy Case Number: 23-04641

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2023, at 5:43 o'clock PM CDT, George L. Casselbury completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 27, 2023  By: /s/Doug Tonne  _____

Name: Doug Tonne

Title: Counselor