United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-04641-MJC |
| George L. Casselbury | Chapter 13 |
| Jacqueline L. Casselbury | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Mar 28, 2023      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George L. Casselbury, Jacqueline L. Casselbury, 1399 James Street, Towanda, PA 18848-9580 |
| 4990093 | | Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 4990098 | + | Elmira Savings Bank, 333 E. Water Street, Elmira, NY 14901-3414 |
| 4990101 | + | Kubota Credit Corp, P.O. Box 2046, Grapevine, TX 76099-2046 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AIS.COM | Mar 28 2023 22:41:00 | Capital One Bank (USA) N.A Cabelas Club Visa by Am, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4990092 | | EDI: BANKAMER.COM | Mar 28 2023 22:40:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 5004765 | | EDI: BANKAMER.COM | Mar 28 2023 22:40:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 4990095 | | EDI: CAPITALONE.COM | Mar 28 2023 22:40:00 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 5027946 | + | EDI: AIS.COM | Mar 28 2023 22:41:00 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4990094 | + | Email/Text: bankruptcy@cavps.com | Mar 28 2023 18:43:00 | Calvary Portfolio Services, PO Box 27288, Tempe, AZ 85285-7288 |
| 5018541 | + | Email/Text: bankruptcy@cavps.com | Mar 28 2023 18:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4990100 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2023 18:43:00 | First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 4990099 | | Email/Text: data_processing@fin-rec.com | Mar 28 2023 18:43:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 4990096 | | EDI: JPMORGANCHASE | Mar 28 2023 22:40:00 | Chase Bank, PO Box 24696, Columbus, OH 43224 |
| 5002379 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Mar 28 2023 18:43:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4990102 | + | EDI: LTDFINANCIAL.COM | Mar 28 2023 22:40:00 | LTD Financial, 7322 Southwest Fwy, Suite 1600, Houston, TX 77074-2134 |
| 4990103 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 18:49:04 | LVNV Funding LLC, PO Box 10497, Greenville, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5034289 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 18:49:04 | LVNV Funding, LLC its successors and assigns as, assignee of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4990104 | ^ | MEBN | Mar 28 2023 18:36:56 | MRS, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 4990105 | + | Email/Text: ngisupport@radiusgs.com | Mar 28 2023 18:43:00 | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 5018583 | | EDI: PRA.COM | Mar 28 2023 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4990286 | + | EDI: RECOVERYCORP.COM | Mar 28 2023 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4991550 | + | EDI: PENNDEPTREV | Mar 28 2023 22:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4991550 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2023 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4990106 | + | EDI: RMSC.COM | Mar 28 2023 22:40:00 | QVC/Synchrony Bank, 170 Election Rd, Suite 125, Draper, UT 84020-6425 |
| 5032473 | | EDI: Q3G.COM | Mar 28 2023 22:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4990107 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2023 18:43:00 | SP Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5035690 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2023 18:43:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 4990108 | + | Email/Text: BAN5620@UCBINC.COM | Mar 28 2023 18:43:00 | United Collection Bureau, 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 4990109 | | Email/Text: membersolutions@visionsfcu.org | Mar 28 2023 18:43:00 | Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY 13760 |
| 4990115 | | EDI: CAPITALONE.COM | Mar 28 2023 22:40:00 | World's Foremost Bank, 4800 NW 1'st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4990097 | | Department of Revenue |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4990110 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY 13760 |
| 4990111 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY 13760 |
| 4990112 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY 13760 |
| 4990113 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY 13760 |
| 4990114 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY 13760 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023           Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association Et. Al. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| John E Thompson | on behalf of Debtor 2 Jacqueline L. Casselbury thompsonlawoffice@stny.rr.com thompsonlawoffice@stny.rr.com |
| John E Thompson | on behalf of Debtor 1 George L. Casselbury thompsonlawoffice@stny.rr.com thompsonlawoffice@stny.rr.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: George L. Casselbury | | Social Security number or ITIN: xxx–xx–5435<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Jacqueline L. Casselbury | | Social Security number or ITIN: xxx–xx–9898<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:17-bk-04641-MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George L. Casselbury  
aka George L Casselbury

Jacqueline L. Casselbury

3/28/23

**By the court:**

_[signature]_

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2