United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 17-04641-MJC

George L. Casselbury                                                          Chapter 13

Jacqueline L. Casselbury

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                    Page 1 of 2

Date Rcvd: Mar 28, 2023                   Form ID: fnldec                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

**Recip ID**           **Recipient Name and Address**
db/jdb               +  George L. Casselbury, Jacqueline L. Casselbury, 1399 James Street, Towanda, PA 18848-9580

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

**Name**               **Email Address**

Brian C Nicholas

        on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos

        TWecf@pamd13trustee.com

James Warmbrodt

        on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com

James Warmbrodt

        on behalf of Creditor U.S. Bank National Association Et. Al.  bkgroup@kmllawgroup.com

James Warmbrodt

        on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

John E Thompson
        on behalf of Debtor 2 Jacqueline L. Casselbury thompsonlawoffice@stny.rr.com  thompsonlawoffice@stny.rr.com

John E Thompson
        on behalf of Debtor 1 George L. Casselbury thompsonlawoffice@stny.rr.com  thompsonlawoffice@stny.rr.com

Michael Patrick Farrington
        on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 mfarrington@kmllawgroup.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

George L. Casselbury,
aka George L Casselbury,                          Chapter        13

**Debtor 1**                                   Case No.        5:17−bk−04641−MJC

Jacqueline L. Casselbury,

**Debtor 2**

Social Security No.:

xxx−xx−5435                    xxx−xx−9898

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: March 28, 2023

**fnldec** (01/22)